JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| NICHOLAS BALSAMO, and DORLA STEWART, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:23-cv-02106-JGB (SPx)<br><br>**ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEVADA PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Hon. Jesus G. Bernal |

**ORDER**

Having reviewed the stipulation of Nicholas Balsamo and Doral Stewart ("Plaintiffs") and Defendant Caesars Entertainment, Inc. ("Caesars") and good cause appearing therefore, the Court hereby ORDERS that:

1. The case shall be transferred from the Central District of California to the District of Nevada, pursuant to 28 U.S.C. § 1404(a).
2. The case shall be related to the *In re Data Breach Security Litigation Against Caesars Entertainment, Inc*. No. 2:23-cv-01447-ART-BNW pending before the Honorable Anne R. Traum.
3. The Parties shall bear their own respective costs and fees, including attorneys' fees, relating to the transfer.

IT IS SO ORDERED.

Dated: December 26, 2023    By: _____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE