# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICHOLAS BALSAMO, individually and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 2:24-cv-00043-APG-NJK<br><br>**ORDER TO SHOW CAUSE** |

This case arises from an alleged data leak by, or hack against, defendant Caesars Entertainment, Inc.  Currently pending in this district are several other class action lawsuits arising from that same incident. *See*, *e.g.*, 2:23-cv-01447.  Because those cases are related, they are assigned to District Judge Anne Traum and Magistrate Judge Brenda Weksler under Local Rule 42-1(a).  Given that this case appears related to those, it would be efficient and conserve judicial resources if this case is assigned to Judges Traum and Weksler as well.

I THEREFORE ORDER all parties appearing in this case to show cause, by February 2, 2024, why this case should not be transferred to Judges Traum and Weksler.  The failure to respond to this order, or to show sufficient cause, will result in the transfer of this case.

DATED THIS 8th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE