UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: DATA BREACH SECURITY LITIGATION AGAINST CAESARS ENTERTAINMENT, INC. | Master File No. 2:23-cv-01447-ART-BNW |
| | ORDER GRANTING DEFENDANT CAESARS ENTERTAINMENT, INC.'S MOTION TO CONSOLIDATE ADDITIONAL CASES FOR PRE-TRIAL PROCEEDINGS (ECF NO. 54) |
| EDWARD CHERVENY, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br>Defendant. | Case No. 2:23-cv-01818-ART-BNW |
| JAMES MARTIN, *et al., individually and on behalf of all others similarly situated*,<br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br>Defendant. | Case No. 2:23-cv-01865-GMN-NJK |
| VANESSA WILLIAMS, *et al., individually and on behalf of all others similarly situated*,<br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br>Defendant. | Case No. 2:23-cv-01919-JAD-DJA |
| CHARLES POPP, *et al., individually and on behalf of all others similarly situated*,<br>Plaintiffs,<br><br>v.<br><br>VICI PROPERTIES INC., *et al.*,<br>Defendants. | Case No. 3:23-cv-00633-MMD-CSD |

| | |
|---|---|
| NICHOLAS BALSAMO, *et al., individually and on behalf of all others similarly situated,*<br>                              Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br>                              Defendant. | Case No. 2:24-cv-00043-APG-NJK |
| SAUL LASSOFF, *et al., individually and on behalf of all others similarly situated,*<br>                              Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br>                              Defendant. | Case No. 2:24-cv-00127-GMN-EJY |
| MONICA BLAIR-SMITH, *individually and on behalf of all others similarly situated,*<br>                              Plaintiff,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC.,<br>                              Defendant. | Case No. 2:24-cv-00169-ART-BNW |

Before the Court is Defendant Caesars Entertainment, Inc.'s Motion to Consolidate Additional Cases for Pre-Trial Proceedings (ECF No. 54) and Plaintiff Miguel Rodriguez's Unopposed Motion to Consolidate Cases for Pre-Trial Proceedings (ECF No. 53). Having reviewed both motions and the complaints in all actions, and having found that the cases (1) involve some of the same issues of fact and law, (2) grow out of the same alleged data breach involving Defendant Caesars Entertainment, Inc., (3) have many of the same claims, and (4) have proposed class definitions that will encompass the same persons, this Court finds that the cases have sufficient commonality of issues and parties to warrant consolidation under Federal Rule of Civil Procedure 42(a). The Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury confusion. The effect of the consolidation will be to improve judicial economy,

preserve the Parties' resources, and avoid disparate rulings in separate actions.

Accordingly, because this Court finds that the below proposed class actions (the "Third Batched Actions") have sufficient commonality of law and fact, and granting each motion does not increase the risk of an unfair outcome, Caesars Entertainment's motion to consolidate cases (ECF No. 54) **is granted**. Because Plaintiff's Unopposed Motion to Consolidate for Pretrial Proceedings (ECF No 53) seeks to consolidate motions which this Court has already consolidated, (*see* ECF No. 21), that motion is **denied as moot**. Furthermore, the Court elects to consolidate *Blair-Smith v. Caesars Entertainment, Inc.*, *sua sponte*. LR 42-1(b).

The Court further orders the following:

1. The following Related Actions are hereby consolidated for all pre-trial proceedings:

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Cherveny, et al. v. Caesars Entertainment, Inc.* | 2:23-cv-01818 | 11-06-23 |
| *Martin, et al. v. Caesars Entertainment, Inc.* | 2:23-cv-01865 | 11-13-23 |
| *Williams, et al. v. Caesars Entertainment, Inc.* | 2:23-cv-01919 | 11-20-23 |
| *Popp, et al. v. Caesars Entertainment, Inc.* | 3:23-cv-00633 | 12-09-23 |
| *Balsamo, et al. v. Caesars Entertainment, Inc.* | 2:24-cv-00043 | 12-26-23 |
| *Lassoff, et al. v. Caesars Entertainment, Inc.* | 2:24-cv-00127 | 01-17-24 |
| *Blair-Smith v. Caesars Entertainment, Inc.* | 2:24-cv-00169 | 01-25-24 |

2. Should a case that arises out of the same subject matter of the Third Batched Actions subsequently be filed in this Court or transferred from another Court, a motion may be made to consolidate with these Related Cases. Nothing in the foregoing shall be construed as a waiver of Defendant's right to object to consolidation of any subsequently filed or transferred related action;

3. All deadlines in the Related Actions are stayed, and the Clerk of Court is ordered to administratively close each action;

//

//

It is so ordered.

Dated this 30th day of January ~~2023~~ 2024.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE


_____

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE


_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE


_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE


_____

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE